IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03032-WJM-SKC

Randy J. Eberhardt

v

CITY OF GREELEY, CO., et al.

Defendants

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    JUN - 6 2024

  JEFFREY P. COLWELL
              CLERK
```

**PLAINTIFF'S LETTER TO THE COURT**

1. MR. Boulter gave me a copy of the ruling.

2. From what it says, I understand a pro-bono Attr can be appointed for me.

3. I will greatly appreciat that.

4. MR. Boulter post office box —
   PO Box 1462
   Parker Co  80134

5. will still be there I receive mail from your office. please tell me if thier is any thing I need to due.

Th

Respectfully submitted this ___1___st day of June, 2024.

s/ *Randy Eberhardt*

Randy Jay Eberhardt
Plaintiff pro se

PO Box 1462,
Parker, CO 80134
eberhardtvgreeley@gmail.com

-end of document

PO Box 1462
Parker, CO 80134

Mailed
06/03/2024
22-CV-03632

United States District Court
District of Colorado
901 19th Street
Denver, CO
80294

80294-250151

DENVER CO 802
4 JUN 2024 PM 2 L