IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. 22-cv-03032-WJM-SKC

Randy J. Eberhardt

v

CITY OF GREELEY, CO., et al.

Defendants

---

**PLAINTIFF'S RESPONSE TO OBJECTION TO RECOMMENDATION CONCERNING PLAINTIFF'S COMPETENCY AND ORDER ON SEVERAL MOTIONS [ECF NO. 43]**

---

1. I trie to read and understand this but I can't.

2. I'm hopeful to have a lawyer soon.

Respectfully submitted this 8th day of July, 2024.

s/ Randy J. Eberhardt

Randy Jay Eberhardt
Plaintiff pro se

PO Box 1462,
Parker, CO 80134
eberhardtvgreeley@gmail.com

-end of document

Filing 22-cv-03032,
mailed 07/08/24

80294-3589

District of Colorado Court
901 19th St.
Denver, CO

Eberhardt
PO Box 1462
Parker, CO 80134

DENVER CO 802
12 JUL 2024 PM 7 L