IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 22-cv-3032-WJM-SBP

RANDY J. EBERHARDT,

    Plaintiff,

v.

CITY OF GREELEY, CO., a Municipality,
CHIEF MARK JONES, individually and in his capacity as a Greeley, CO police officer,
OPERATIONS DIVISION DEPUTY CHIEF ADAM TURK, individually and in his capacity as a Greeley, CO police officer, and
JOHN DOES 1-18, individually and in their capacities as Greeley, CO police officers,

    Defendants.

_____

**ORDER DENYING MOTION TO RECONSIDER**
_____

Before the Court is Plaintiff Randy J. Eberhardt's Motion to Reconsider Dismissal of Plaintiff's Case ("Motion"). (ECF No. 64.) Therein, he asks the Court "to reverse its determination to dismiss without prejudice his case." (*Id.* at 1.) In support, he describes the Court's dismissal Order (ECF No. 62) as "unnecessarily burdensome and highly detrimental." (*Id.*)

But Eberhardt does not actually explain why that is so, let alone why the Court's dismissal Order was erroneous under Rule 60. *See* Fed. R. Civ. P. 60(b) (listing the various grounds for granting a motion for relief from a final judgment). Nor does he point to any change in the material facts of this case, or in the applicable law. *Servants of Paraclete v. Does*, 204 F.3d 1005, 1009 (10th Cir. 2000).

In the absence of such substantive arguments, the Court DENIES the Motion. (ECF No. 64.)

1

Dated this 12th day of February, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge